UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

    Defendant.
_____/

CASE NO. 11-61853-CIVWPD/LSS

## JUDGMENT IN A CIVIL ACTION

    Pursuant to Federal Rule of Civil Procedure 68, the court has ordered that the Clerk enter a judgment according to the terms specified by defendant Nationwide Credit, Inc. in it's offer of judgment. This judgment pertains only to claims filed under the Fair Debt Collection Practices Act (FDCPA) 15 USC 1692 *et seq*.

    Judgment is hereby entered in favor of the Plaintiff, Charlotte E. Nicholas and against Defendant, Nationwide Credit, Inc., in the amount of $1,001.00 plus reasonable attorney's fees and costs. This Court shall retain jurisdiction to determine attorney's fee and costs.

    This action was decided by Judge William P. Dimitrouleas on an Order granting motion for Entry of Judgment entered December 8, 2011.

Date:   December 13, 2011

STEVEN M. LARIMORE,
Court Administrator • Clerk of Court

By: *Vanessa Powell-Bacurist*
    Deputy Clerk